UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO DELGADO (1),<br>DOMINGA BELMONT (2),<br><br>Defendants. | Case No.:  '22 MJ1082<br><br>18 U.S.C. § 922(g)(1) –<br>Felon in Possession of Ammunition;<br><br>21 U.S.C. § 841(a)(1) – Possession of a Controlled Substance with Intent to Distribute (Fentanyl), a felony;<br><br>21 U.S.C. § 841(a)(1) – Possession of a Controlled Substance with Intent to Distribute (Methamphetamine), a felony; |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about May 16, 2021, within the Southern District of California, defendants DOMINGA BELMONT and FRANCISCO DELGADO, each knowing his/her status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: 6 rounds of 9MM ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about May 16, 2021, within the Southern District of California, defendants DOMINGA BELMONT and FRANCISCO DELGADO, did knowingly and intentionally possess, with intent to distribute, a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about May 16, 2021, within the Southern District of California, defendants DOMINGA BELMONT and FRANCISCO DELGADO, did knowingly and intentionally possess, with intent to distribute, a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Brian Hamilton
Special Agent, FBI
Violent Crimes Task Force – Gang Group

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 22nd day of March, 2022.

HON. MICHAEL S. BERG
United States Magistrate Judge


## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On May 16, 2021, Oceanside Police Department (OPD) Officers observed a male and female subject standing next to their black Kia, bearing California license plate 8NGB537, in the parking lot of a Motel-6, located at 3708 Plaza Drive, Oceanside, CA. Officers conducted a welfare evaluation on the male subject, later identified verbally and confirmed through previous booking photos as Francisco DELGADO, because they observed DELGADO exhibiting signs and symptoms of being under the influence of drugs.

As the officers walked up to the vehicle, DELGADO approached them. During that conversation, DELGADO stated that he was on "AB-109," which means that he was on active Post Release Community Supervision through Assembly Bill 109. A records check confirmed DELGADO's status, along with a fourth amendment waiver, and previous charges for firearms. The female subject was later identified as DELGADO's wife, Dominga BELMONT, who later admitted to having a previous felony conviction.

Officers observed a piece of aluminum foil with burn marks lying on the passenger side, front floorboard of the vehicle, and suspected there were likely narcotics inside the vehicle. Based on DELGADO's status on AB-109, and his fourth amendment waiver, officers detained him in handcuffs and conducted a search of the vehicle as well as DELGADO and BELMONT's personal belongings around the vehicle. During the search, multiple items of drug paraphernalia were located inside the vehicle, to include three functional digital scales containing powder residue. Also found in the vehicle was a Glock pistol magazine containing six rounds of 9mm ammunition. Further searching of the vehicle revealed an un-serialized handgun [also known as a "ghost gun"] under the passenger-side seat. During a search of the vehicle trunk, Officers discovered a "Wahl" brand bag concealed under the upholstery liner in the rear driver's side of the trunk. Inside the "Wahl" brand bag was a plastic baggie containing a white powdery substance suspected to be fentanyl [weighing 20.03 grams], a second plastic baggie containing a white powdery

substance suspected to be fentanyl [weighing 19.06 grams], and a third plastic baggie containing an unknown light-purple powdery substance [weighing 6.15 grams]. A Tru-Narc device was used to test the above substances. Both plastic baggies with white powdery substances tested presumptively positive for fentanyl, while the light-purple powdery substance tested presumptively positive for methamphetamine. DELGADO also later admitted to Officers the white powdery substance was fentanyl.

DELGADO and BELMONT had recently checked into the Motel-6, and were residing in Room 310. Based on that information, Officers conducted a fourth amendment waiver search of DELGADO and BELMONT's hotel room. Prior to the search, DELGADO told Officers there was "crystal" [methamphetamine] in the room. Officers found a pink Michael Kors brand backpack containing a purple zippered pouch, along with other drug paraphernalia. Inside the pouch was a plastic zip-lock style baggie containing 54 light blue, blue, and green M-30 pills [counterfeit 30mg oxycodone pills containing fentanyl]. Also in the pouch was a plastic baggie containing a white powdery substance suspected to be fentanyl [weighing 6.65 grams], as well as a plastic baggie containing a white crystalline substance [weighing 4.60 grams], suspected to be methamphetamine. The white powdery substance was tested with a Tru-Narc device and came back as inconclusive. The white crystalline substance was also tested and came back as presumptively positive for methamphetamine.

Both DELGADO and BELMONT claimed individual ownership of the firearm. An additional record check revealed DELGADO and BELMONT to both be convicted felons and prohibited from possessing any firearms or ammunition. As indicated above, the handgun was a ghost gun, in that it did not have a serial number and is untraceable. DELGADO and BELMONT were transported to the Vista Detention Facility for booking. DELGADO is currently in custody. BELMONT is out on bond.

Preliminary records checks revealed the following criminal history for DELGADO below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 02/23/2004 | California Superior Court – San Diego | Cal. Penal Code 242; Battery | 37 days jail, 36 months probation |
| 04/18/2005 | California Superior Court – San Diego | Cal. Penal Code 245(A)(1); Assault with Deadly Weapon | 36 months prison |
| 08/28/2006 | California Superior Court – San Diego | Cal. Penal Code 12020(A)(4); Carrying Concealed Weapon | 24 months prison |
| 10/25/2010 | California Superior Court – San Diego | Cal. Health and Safety Code 11377(A); Possession of a controlled substance | 24 months prison |
| 10/31/2012 | California Superior Court – San Diego | Cal. Health and Safety Code 11350(A); Possession of narcotic controlled substance | 36 months probation |
| 07/24/2013 | California Superior Court – San Diego | Cal. Health and Safety Code 11350(A); Possession of narcotic controlled substance | Stayed |
| 04/28/2016 | California Superior Court – San Diego | Cal. PC Code 29800(A)(1); Felony possession of a firearm | 48 months prison |

Preliminary records checks revealed the following criminal history for BELMONT below, though it is possible there may be additional history located after further queries are conducted:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 06/08/2005 | California Superior Court – San Diego | Cal. Vehicle Code 10851(A); Vehicle Theft | 12 months jail, 36 months probation |

5

| | | | |
|---|---|---|---|
| 10/01/2008 | California Superior Court – San Diego | Cal. Vehicle Code 10851(B); Emergency Vehicle Theft | 36 months prison |
| 10/01/2008 | California Superior Court – San Diego | Cal. Health and Safety Code 11377(A); Possession of a controlled substance | 8 months prison |
| 10/01/2008 | California Superior Court – San Diego | Cal. Health and Safety Code 11377(A); Possession of a controlled substance | 16 months prison |
| 10/01/2008 | California Superior Court – San Diego | Cal. PC Code 475(C); Passing fraudulent checks | 16 months prison |
| 07/25/2013 | California Superior Court – San Diego | Cal. Vehicle Code 10851(A); Vehicle Theft | Stayed |

The charged ammunition was seized and inspected. Preliminary checks revealed that it was not manufactured in California. Therefore, the ammunition traveled in and/or affected interstate commerce to arrive in the state of California.